**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH DAVID HOUSTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65965

**FILED**

JUL 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. First Judicial District Court, Carson City; James Todd Russell, Judge.

On June 20, 2014, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Parraguirre_ , J.
Parraguirre

_Saitta_ , J.
Saitta

14-24096

cc: Hon. James Todd Russell, District Judge
Keith David Houston
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A